UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BROOKLYN BREWERY CORPORATION, a New York Corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BLACK OPS BREWING, INC., a California Corporation;<br><br>　　　　Defendant. | No. 1:15-cv-01656-GEB-EPG<br><br>**ORDER DENYING MOTION TO TRANSFER VENUE** |

　　　　Defendant moves under Local Rule 120, to transfer venue of this action from the Sacramento division to the Fresno division of the U.S. District Court for the Eastern District of California. (Def.'s Memo. of P & A in Supp. of Mot. to Transfer Venue 1:3-7, ECF No. 17-1.) Defendant's motion is DENIED as moot since this case is already a Fresno division action.

Dated:　January 6, 2016

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.
　　　　　　　　　　　　　　　　Senior United States District Judge

1