**FILED**

JAN 21 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BROOKLYN BREWERY CORPORATION, a New York Corporation,<br><br>Plaintiff,<br><br>v.<br><br>BLACK OPS BREWING, INC., a California Corporation,<br><br>Defendant. | CASE NO. 1:15-cv-01656-JAM-EPG<br><br>[~~PROPOSED~~] *as* ORDER GRANTING PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME TO POST BOND |

Before the Court is Plaintiff The Brooklyn Brewery Corporation's ("Plaintiff") Consent Motion for Extension of Time to Post Bond.

In its motion, Plaintiff states that: 1) Plaintiff and Defendant Black Ops Brewing, Inc. ("Defendant") have been engaged in productive settlement discussions, and believe that they may shortly reach a resolution that may obviate the need to post the bond, and 2) Defendant consents to this Motion.

For these reasons, Plaintiff's Motion is GRANTED. Plaintiff Brooklyn Brewery Corporation shall post a bond in the amount of $85,000 with the Clerk by February 5, 2016.

DATED: January 20, 2016

_____
DISTRICT JUDGE JOHN MENDEZ

ORDER                              -1-                         1:15-CV-01656-JAM-EPG