UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE BROOKLYN BREWERY CORPORATION**, a New York Corporation,<br><br>**Plaintiff,**<br><br>v.<br><br>**BLACK OPS BREWING, INC.**, a California Corporation,<br><br>**Defendant.** | **CASE NO.  1:15-cv-01656-JAM-EPG**<br><br>**ORDER ON STIPULATION OF DISMISSAL** |

On February 2, 2016, the parties jointly submitted a Stipulation of Dismissal to the Court.  Accordingly, the instant matter is hereby dismissed with prejudice with each party to bear their own respective costs, including attorney fees and other litigation expenses.

IT IS SO ORDERED.


DATED:  2/4/2016

/s/ John A. Mendez_____
U. S. District Court Judge

ORDER ON STIPULATION OF DISMISSAL -1- 1:15-CV-01656-JAM-EPG